IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TWIN CITY FIRE INSURANCE COMPANY, INC.; ALABAMA RIVER PULP COMPANY, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CIVIL ACTION 03-0264-P-L |
| AMERISURE INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with this court's Order entered this date, it is ORDERED, ADJUDGED, and DECREED that the Motion For Summary Judgment filed by plaintiffs Twin City Fire Insurance Company, Inc., Alabama River Pulp Company, Inc., and Hartford Casualty Insurance Co. (doc.61), is hereby GRANTED, in part, and DENIED, in part.  The Motion is GRANTED as to plaintiffs' contentions that the Agreement is an "insured contract" and thereunder West promised to obtain liability coverage naming ARP as an additional insured; and that pursuant to Section 18.2 of the Agreement, West promised to indemnify ARP's liability obligations.  The Motion is DENIED as to plaintiff's contention that the Ohio Policy provides indemnification coverage for ARP in the Dumas/Stabler actions.

It is further ORDERED, ADJUDGED, and DECREED that the Motion For Summary Judgment filed by defendant Ohio Casualty Insurance Co. (doc.60), is hereby DENIED, in part, and GRANTED, in part.  The Motion is DENIED as to Ohio's contentions that West did not contractually assume ARP's liability in the Dumas/Stabler actions and no coverage exists based upon the Agreement.  The Motion is GRANTED as to Ohio's contention that the "no-action" provision in the Ohio Policy precludes coverage for the Dumas/Stabler actions.

It is further ORDERED that plaintiffs' Motion to Strike Jury Demand (doc.90), be and is hereby rendered MOOT.

Accordingly, due to this court's finding that indemnification coverage under the Ohio Policy, if any, is excluded by the "no-action" provision in its Policy, and pursuant to this court's ruling on the various motions filed and the partial summary judgment rulings entered herein, there are no triable issues remaining, it is therefore ORDERED, ADJUDGED, and DECREED that this declaratory judgment action is hereby DISMISSED with prejudice as to all claims.

DONE this 19th day of September, 2005.

    S/Virgil Pittman
SENIOR UNITED STATES DISTRICT JUDGE